1    ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney

2

3    THOMAS A. COLTHURST (CABN 99493)
    Chief, Criminal Division

4    THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495

7      Telephone: (415) 436-7223
      FAX: (415) 436-7234

8      tom.colthurst@usdoj.gov

9    Attorneys for United States of America

10           UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA

12           SAN FRANCISCO DIVISION

13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 05-CR-00800-LHK |
| | ) | ORDER |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| EDUARDO PENALOSA SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

19

20        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above indictment as to the

22 following defendant (and only this defendant) and moves that the Court quash the arrest warrant

23 //

24 //

25 //

26 //

27

28

NOTICE OF DISMISSAL
Case No. 05-cr-00800-EXE

1    for this defendant issued in connection with this case:  EDUARDO PENALOSA SANDOVAL

2    (defendant 2).

3    DATED: October 26, 2023                         Respectfully submitted,

4                                                    ISMAIL J. RAMSEY
                                                     United States Attorney

5
                                                     THOMAS        Digitally signed by THOMAS
6                                                                  COLTHURST
                                                     COLTHURST    Date: 2023.10.26 09:00:56
                                                                  -07'00'
7                                        By:         THOMAS A. COLTHURST
                                                     Chief, Criminal Division

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     NOTICE OF DISMISSAL
     Case No. 05-cr-00800-EXE

1

**ORDER**

2      Leave is granted to the government to dismiss the indictment as to the following defendant:

3  EDUARDO PENALOSA SANDOVAL (defendant #2). It is further ordered that the arrest warrant for

4  this defendant issued in connection with this case is quashed.

5

6  Date: November  8, 2023

_____

7      HON. RICHARD SEEBORG
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
Case No. 05-cr-00800-EXE